IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONALD MURPHY                                              PLAINTIFF
#277062

v.                    No. 4:25-cv-395-DPM

C. SMITH, Deputy, Pulaski County
Regional Detention Center; RICK D.
NASH, Retired Deputy, Saline County;
and DOES, All Active Federal Judges
(Appellate and District Court); All Active
State Court Judges (Municipal, Juvenile,
Probate, or Circuit Court)                                 DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Murphy hasn't updated his address; his mail is still being returned undelivered. *Doc. 5 & 6.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 June 2025