IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONALD MURPHY                                                                      PLAINTIFF
#277062

v.                              No. 4:25-cv-395-DPM

C. SMITH, Deputy, Pulaski County
Regional Detention Center; RICK D.
NASH, Retired Deputy, Saline County;
and DOES, All Active Federal Judges
(Appellate and District Court); All Active
State Court Judges (Municipal, Juvenile,
Probate, or Circuit Court)                                                         DEFENDANTS

## JUDGMENT

Murphy's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 June 2025